IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONATHAN MCGLOTHIAN,
et al.,

    Plaintiffs,

v.                                 Civil Action No. 3:18cv507

W. HEYWOOD FRALIN,
d/b/a MR. COOPER,

    Defendant.

## ORDER

The Court having been advised that the parties in this action have executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that the trial scheduled for 10:00 a.m. August 12, 2019 is cancelled.

    It is so ORDERED.

                                                /s/    REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: August ___, 2019