UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Jonathan McGlothian; Tracy McGlothian; The Mt. Olivet Group, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>W. Heywood Fralin, in his official capacity as Chair of the State Council of Higher Education for Virginia; H. Eugene Lockhart, in his official capacity as Vice-Chair of the State Council of Higher Education for Virginia; Henry Light, in his official capacity as Secretary of the State Council of Higher Education for Virginia; Ken Ampy, Rosa Atkins, Marge Connelly, Victoria D. Harker, Stephen Moret, William Murray, Carlyle Ramsey, Minnis E. Ridenour, Tom Slater, and Katharine M. Webb, in their official capacities as members of the State Council of Higher Education for Virginia; and Peter Blake, in his official capacity as Director of the State Council of Higher Education for Virginia,<br><br>    Defendants. | Civil Action No. 3:18-cv-00507-REP |

**STIPULATION OF DISMISSAL**

Paul Sherman (Virginia Bar No. 73410)
Milad Emam (Virginia Bar No. 83861)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
Email: psherman@ij.org; memam@ij.org

*Attorneys for Plaintiffs*

The parties give notice that they have resolved this dispute without the need for further judicial intervention. Thus, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action with prejudice.

Dated: August 8, 2019.

                                                Respectfully submitted,

| | |
|---|---|
| s/ Paul Sherman | /s/ W. Ryan Waddell |
| Paul Sherman (Virginia Bar No. 73410) | W. Ryan Waddell (Virginia Bar No. 91148) |
| Milad Emam (Virginia Bar No. 83861) | Sandra S. Gregor (Virginia Bar No. 47421) |
| Robert Frommer (Virginia Bar No. 70086) | Assistant Attorney General |
| INSTITUTE FOR JUSTICE | OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA |
| 901 North Glebe Road, Suite 900 | 202 North 9th Street |
| Arlington, VA 22203 | Richmond, VA 23219 |
| Telephone: (703) 682-9320 | Telephone: (804) 786-1748, (804) 786-1586 |
| Fax: (703) 682-9321 | Fax: (804) 371-2087 |
| Email: psherman@ij.org | Email: wwaddell@oag.state.va.us; |
| Email: memam@ij.org | Email: sgregor@oag.state.va.us |
| Email: rfrommer@ij.org | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2019, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was served via the electronic filing system to the following counsel of record:

Mark R. Herring
Attorney General of Virginia

Samuel T. Howell
Deputy Attorney General

Tara Lynn R. Zurawski
Senior Assistant Attorney General/Trial Section Chief

W. Ryan Waddell
Sandra S. Gregor
Assistant Attorney General
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, VA 23219
Telephone: (804) 786-1586
Telephone: (804) 786-1748
Facsimile: (804) 371-2087
Email: wwaddell@oag.state.va.us
Email: sgregor@oag.state.va.us

*Counsel for Defendants*

/s/ Paul Sherman
Paul Sherman
*Attorney for Plaintiffs*